LOUIS P. JENSEN, Appellant, v. FLORENCE PERRY LIVERNOIS, Respondent. MARY JENSEN, Appellant, v. FLORENCE PERRY LIVERNOIS, Respondent.— Motion

for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.